UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID O'DELL,

    Plaintiff,

v.                                                Case No.  8:07-cv-60-T-24 MSS

ONE 1996 31 FOOT OCEAN PRO
MOTORBOAT, HIN CNU30080F596,
her tackle, apparel, appurtenances, etc.,
in rem,

    Defendant.
_____/

## **ORDER**

    This cause comes before the Court on Plaintiff's Motion for Entry of Default Judgment. (Doc. No. 15).

    In his complaint, Plaintiff alleges that he has a maritime lien of $37,390.00 against the defendant vessel for marine repair work performed and materials supplied to the defendant vessel.  The Clerk entered default against Defendant on February 20, 2007.  (Doc. No. 12). Plaintiff now moves for the entry of default judgment against Defendant in the amount of $37,390.00.

    Upon consideration, it is ORDERED AND ADJUDGED that the motion is **GRANTED**, and the Clerk is directed to enter default judgment against Defendant in the amount of $37,390.00 and then close the case.

    **DONE AND ORDERED** at Tampa, Florida, this 5th day of March, 2007.

                                                                             SUSAN C. BUCKLEW
                                                                             United States District Judge

Copies to: Counsel of Record